UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

GREENVILLE DIVISION

| | |
|---|---|
| Teresa Russell, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 6:05-1307-HMH |
| ) | |
| DolGenCorp, ) | |
| Dollar General Corporation, Inc. ) | |
| d/b/a Dollar General Stores ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This matter comes before the Court on the parties' Joint Motion to Stay Proceedings. Having fully considered the parties' Motion, the Court hereby ORDERS that:

1. The proceedings in this case be stayed until Plaintiff amends her Complaint to allege Americans with Disabilities Act claim(s) against Defendants which were the subject of a Charge of Discrimination filed with the Equal Employment Opportunity Commission (EEOC) and for which Plaintiff's counsel received a Notice of Right to Sue on February 3, 2006.

2. Within ten days after Defendants' response to Plaintiff's amended Complaint, the parties will submit a proposed scheduling order for the Court's consideration.

**IT IS SO ORDERED**.

February 7, 2006
Greenville, South Carolina                    s/ Henry M. Herlong, Jr.
                                               United States District Judge